```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )           4:98CR3106
                Plaintiff,      )
                                )
     vs.                        )           ORDER
                                )
GIZELE P. GRAVES,               )
                                )
                Defendant.      )
```

IT IS ORDERED that a revocation hearing is set to commence at 9:30 a.m. on June 12, 2006, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

Dated: May 31, 2006.

BY THE COURT

s/ David L. Piester
———————————————————
United States Magistrate Judge