UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
       **Plaintiff**

v.                                       Case Number 4:98CR3106-001

                                          USM Number 15796-047

**GIZELE P. GRAVES**
       **Defendant**
                                            JOHN C. VANDERSLICE

                                           Defendant's Attorney

_____

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to allegations 2 and 4 of the Petition for Warrant or Summons for Offender Under Supervision (filing 51).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 (Standard Condition #8) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. | April 28, 2006 |
| 4 (Mandatory Condition) | Pursuant to 18 U.S.C. 3583(d), defendant shall submit to a drug test within (15) days of release on supervised release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as required by any United States Probation Officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. The defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or controlled substances. | March, 2006 |

**Original Offense:** Count I of the Indictment: Distribution of Crack Cocaine in violation of 21 U.S.C. 841(a)(1).

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Allegations 1, 3, and 5 of the Petition for Warrant or Summons for Offender Under Supervision (filing 51) are dismissed on the motion of the United States.

Following the imposition of sentence, the Court advised the defendant of her right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
June 12, 2006

s/ Warren K. Urbom
United States Senior District Judge

June 14, 2006

Defendant: GIZELE P. GRAVES                                          Page 3 of 4
Case Number: 4:98CR3106-001

## IMPRISONMENT

**It is ordered that the defendant's supervised release is revoked.** The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **four (4) months with no supervised release to follow.**

[X]  The defendant has requested that she be placed at **CH in Council Bluffs, Iowa, and participate in the work release program**, and the Court has no objection to her request.

[X]  The defendant is committed/remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20_____.

_____
                                   Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20_____ to _____ with a certified copy of this judgment.

_____
                                    UNITED STATES WARDEN

                          By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20_____.

_____
                                    UNITED STATES WARDEN
                          By: _____

Defendant: GIZELE P. GRAVES  
Case Number: 4:98CR3106-001

Page 4 of 4

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $ 100.00 **(Paid)** | $ | $ |

**(Special Assessment paid in full: $25 paid 1/21/00, Receipt # O802237; $25 paid 5/24/00, Receipt # O803537; and $50 paid 6/2/00, Receipt # O803741)**

**SCHEDULE OF PAYMENTS**

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

(X)  the special assessment shall be paid out of defendant's prison earnings.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 100 Centennial Mall North, Room 593, Lincoln, NE  68508.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk